FILED

03/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0135



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0135

ISAAC DUPUIS,

      Plaintiff and Appellant,

    v.

STATE OF MONTANA DEPARTMENT           ORDER OF MEDIATOR APPOINTMENT
OF LABOR, UNEMPLOYMENT
INSURANCE DIVISION;
UNEMPLOYMENT INSURANCE
APPEALS BOARD,

      Defendants and Appellees.

    This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

    On March 20, 2023, Douglas Wold was appointed as mediator. He has since informed this office that he must decline the appointment.

    ACCORDINGLY, the appointment of Mr. Wold is rescinded, and: IT IS ORDERED THAT **J. Fred Simpson,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

    IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

    A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

    DATED this March 20, 2023.

Bowen Greenwood, Clerk of the Supreme Court

c:      Mackenzie Frances Bradt, John C. Melcher, Michael Hawkins O'Brien, J. Fred Simpson